UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN STOKES,

       Plaintiff,

                                       Case No. 24-cv-11012

v.                                   Hon. Matthew F. Leitman

COUNTY OF WAYNE,

       Defendant.

_____/

## <u>ORDER DISMISSING COMPLAINT WITH PREJUDICE</u>

On April 2, 2026, attorneys Keith D. Flynn and Ryan Paree, counsel of record for Plaintiff John Stokes, filed a motion to withdraw as Stokes' counsel. (*See* Mot., ECF No. 23.)  Counsel explained in their motion that, among other things, Stokes had "not responded to communications with Counsel … in almost two months" (*Id.*, PageID.452.)

On April 6, 2026, the Court issued an order granting counsel's motion. (*See* Order, ECF No. 24.)  In that order, the Court directed Stokes, by no later than May 11, 2026, to either "(1) have new counsel file an Appearance on his behalf or (2) file a notice with the Court that he will be representing himself *pro se* in this action." (*Id.*, PageID.456.)  The Court then warned Stokes, in bold and underlined text, that "**<u>[i]f new counsel does not file an Appearance on Stokes' behalf, or if Stokes does</u>**

1

**not file a notice that he will be representing himself, the Court will dismiss this action with prejudice.**" (*Id.*; emphasis in original.)

Stokes has not complied with the Court's April 6 order in any way.  A new attorney has not filed an Appearance on Stokes' behalf.  Nor has Stokes filed a notice with the Court that he intends to represent himself.  Finally, Stokes has not contacted the Court to seek additional time to comply.  Based on Stokes' failure to follow the Court's order, and his failure to show any interest in prosecuting his claims against the Defendant, the Court **DISMISSES** his Complaint **WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2