UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN STOKES,

     Plaintiff,

                                           Case No. 24-cv-11012
v.                                        Hon. Matthew F. Leitman

COUNTY OF WAYNE,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITH PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated: May 14, 2026
Detroit, Michigan

1